```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

JEAN BRIGHT,

           Plaintiff,

vs.                                   Case No. 2:13-cv-29-FtM-29DNF

VIKING CLIENT SERVICES, INC.,

           Defendant.
_____

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. #18) filed on June 10, 2013. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of June, 2013.

                                             /s/ John E. Steele
                                             JOHN E. STEELE
                                             United States District Judge

Copies: Counsel of Record